UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EAGLE LANCE BEY,

    Plaintiff,

v.                                    Case No. 3:20-cv-48-J-20JBT

CJ CASURRA, etc., et. al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before this Court following a Report and Recommendation, entered March 23, 2020, that recommends the Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (construed as a Motion to Proceed *In Forma Pauperis*) (Dkt. 2) ("Motion") be denied and the case be dismissed. (*See* Dkt. 7).

Plaintiff filed a *pro se* Complaint and Motion on January 21, 2020 (Dkts. 1 & 2, respectively). United States Magistrate Judge Joel B. Toomey reviewed Plaintiff's Motion, took it under advisement and directed Plaintiff to file an amended complaint on or before March 12, 2020. (*See* Dkt. 4). Plaintiff timely filed an Amended Complaint. Following a review, Judge Toomey recommended Plaintiff's Motion be denied and the case dismissed. (Dkt. 7).

No objections were filed to the Report and Recommendation as required.[1] After an independent review of the record and upon consideration of the Report and Recommendation, this Court finds that it is not clearly erroneous or contrary to the law and adopts the same in all respects.

Accordingly, it is hereby **ORDERED**:

---

[1] *See* footnote 1 of the Report and Recommendation. (Dkt. 7).

1. The Magistrate Judge's Report and Recommendation (Dkt. 7) is **ADOPTED**;

2. Plaintiff's "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" (Dkt. 2) is **DENIED**;

3. The case is **DISMISSED**; and

4. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 27th day of April, 2020.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Joel B. Toomey
John W. Harris, *pro se*
    7645 Gate Parkway
    Suite 104-705
    Jacksonville, Florida 32256